v00154









 
 
 
NUMBER 13-04-601-CR
COURT OF APPEALS
THIRTEENTH DISTRICT OF TEXAS
CORPUS CHRISTI - EDINBURG
__________________________________________________________
IN RE: CALVIN RAY HYDER, Relator.
__________________________________________________________
On Petition for Writ of Mandamus
__________________________________________________________
MEMORANDUM OPINION 
Before Chief Justice Valdez and Justices Rodriguez and Garza
Memorandum Opinion Per Curiam
 
          Relator, Calvin Ray Hyder, filed this petition for writ of mandamus requesting a writ
directing the District Attorney of Bee County to file relator’s criminal complaint against a
fellow inmate and cause the complaint to be signed by relator and executed. The Court,
having examined and fully considered the petition for writ of mandamus, DENIES relator’s
petition for writ of mandamus.                                       PER CURIAM
Memorandum opinion delivered and filed 
this the 16th day of November, 2004.